Anthony Nunes (State Bar #290224)
NUNES WORKER RIGHTS LAW, APC
15260 Ventura Blvd, Suite 1200
Sherman Oaks, CA 91403
Tel: (530) 848-1515
Email: tony@nunesworkerrightslaw.com

Attorneys for Plaintiff AARON BRYANT GBOTOE

Houman Chitsaz (State Bar #219469)
Aaron M. Davis (State Bar #186051)
NARDELL CHITSAZ & ASSOCIATES LLP
999 Fifth Avenue, Suite 230
San Rafael, California 94901
Tel: (415) 306-5560
Email: houman@ncalegal.com
Email: aaron@ncalegal.com

Attorneys for Defendant WHEELCARE EXPRESS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON BRYANT GBOTOE, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WHEELCARE EXPRESS, INC., a California corporation dba WHEELCARE EXPRESS, and DOES 1 - 100,<br><br>Defendants. | Case No.: 4:20-cv-02797-PJH<br><br>**[PROPOSED] ORDER TO DISMISS**<br><br>JUDGE: Hon. Phyllis J. Hamilton<br><br>Date of Filing:  April 22, 2020<br>Trial Date:         May 16, 2022 |

**[PROPOSED]** ORDER TO DISMISS

IT IS ORDERED, after receiving and reviewing the Joint Stipulation to Dismiss Complaint submitted by the parties on September 6, 2022, as follows:

1) Pursuant to FRCP 41(a)(1)(A)(ii), this action is dismissed in its entirety <u>with prejudice</u> as to Plaintiff's individual claims and Plaintiff's Private Attorneys General Act of 2004, California Labor Code §§ 2698 et seq. claims, previously asserted by Plaintiff in his capacity as an aggrieved employee on behalf of himself and other employees of the named Defendants; and

2) This action is dismissed in its entirety <u>without prejudice</u> as to the class action suit as to the unnamed members of the putative class.

IT IS SO ORDERED.

DATED:  <u>September 6, 2022</u>



_____
HON.
United States District Judge

- 2 -

[PROPOSED] ORDER / CASE NO.: 4:20-CV-02797-PJH